**FILED**

DEC 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KAY SNEED, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL WILLIAMS, et al., <br><br> Defendants. | No. C 14-05270 BLF (PR) <br><br> **ORDER OF TRANSFER** |

    Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against Los Angeles County officials. Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Central District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

    **IT IS SO ORDERED.**

DATED: Dec. 17, 2014

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
P:\PRO-SE\BLF\CR.14\05270Sneed_transfer(ED).wpd